

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-18-00301-CR

## IN RE JARVIS DYWANE TYSON

_____

## Original Proceeding

_____

## MEMORANDUM OPINION

_____

Jarvis Dywane Tyson's Petition for Writ of Mandamus, filed on September 24, 2018, is denied.[1]

TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Petition denied
Opinion delivered and filed October 10, 2018
Do not publish
[OT06]



---

[1] Tyson's motion "Following Mandamus Action Motion in Arrest of Judgment" is dismissed as moot.